July 11, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

TIFFANY DIGGS, Appellant

NO. 14-11-00854-CV                    V.

RANDOLPH DIGGS, JR., Appellee

_____

This cause, an appeal from the final decree of divorce signed August 10, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred in dividing the parties' marital estate. We therefore order that the portion of the divorce decree that divides the parties' marital estate is **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the divorce decree and order it **AFFIRMED**.

We order appellee, Randolph Diggs, Jr., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.